## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BARTLEY MICHAEL MULLEN, JR., individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AARON'S INC.,<br><br>Defendant. | Case No. 2:19-cv-263-MJH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Bartley Michael Mullen, Jr., by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses without prejudice the above entitled action as between Plaintiff and Defendant Aaron's Inc., with each party to bear its own costs.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: July 9, 2019

Respectfully Submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
CARLSON LYNCH, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com